UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



BRIDGET HERRON,

    Plaintiff,

v.                             ACTION NO. 2:15cv470

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

### FINAL ORDER

    Plaintiff Bridget Herron brought this action, pro se, seeking to challenge a potential reduction of her supplemental security income. Specifically, Plaintiff claimed that when she married, the Social Security Administration would include her husband's income when calculating her supplemental security income benefits.

    This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Local Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on March 10, 2016, recommending that the Court GRANT Plaintiff's evidentiary motions (ECF Nos. 16, 17) in which she sought to admit into the record her fiancé's declaration and her marriage license, GRANT the

Defendant's Motion to Dismiss (ECF No. 11), DENY Plaintiff's "Motion Not to Dismiss" (ECF No. 14), and DISMISS Plaintiff's claims without prejudice for lack of jurisdiction. By copy of the Report and Recommendation, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. No objections were filed by either party.

Having reviewed the record, and finding no error, the Court hereby ADOPTS the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on March 10, 2016. Therefore, Plaintiff's evidentiary motions (ECF Nos. 16, 17) are GRANTED; Defendant's Motion to Dismiss (ECF No. 11) is GRANTED; Plaintiff's "Motion Not to Dismiss" (ECF No. 14) is DENIED, and Plaintiff's claims are DISMISSED without prejudice for lack of jurisdiction.

Plaintiff is ADVISED that she may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Said written notice must be received by the Clerk within sixty (60) days from the date of this Final Order.

The Clerk shall forward a copy of this Final Order to Plaintiff and to counsel of record for Defendant.

/s/ MSD
Mark S. Davis
United States District Judge

Norfolk, Virginia
April 14, 2016